Hon. Jaal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

RONAL J. BROUSSARD

Plaintiff,

v.

ABM FACILITY AND SEIU 6

Defendants.

CASE NO. 2:26-cv-00643-JNW

ORDER GRANTING MOTION TO CORRECT DEFENDANT'S NAME

This matter comes before the Court on Defendant Service Employees International Union, 6, Property Services, Northwest's Motion to Correct Defendant's Name. Having considered the motion, opposition, accompanying declarations, and the record as a whole, the Court hereby FINDS and ORDERS:

1. The Motion is GRANTED.
2. Defendant's name is hereby corrected from "SEIU 6" to "Service Employees international Union, 6, Property Services, Northwest."
3. The Clerk is DIRECTED to correct the case caption and docket to reflect Defendant's corrected name as Service Employees International Union, 6, Property Services, Northwest.



18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

4. This correction is intended solely to accurately identify the existing Defendant and does not constitute the joinder of a new party or otherwise alter the claims, allegations, defenses, or relief at issue in this action.

IT IS SO ORDERED.

DATED this 10th day of November, 2026.

The Honorable Jaal N. Whitehead

Presented by:

*s/ Ben Berger*

Ben Berger, WSBA No. 52909
**BARNARD IGLITZIN & LAVITT LLP**
18 W Mercer St, Suite 400
Seattle, WA 98119
Tel: (206) 257-6006
berger@workerlaw.com

*Counsel for Service Employees International Union, 6, Property Services, Northwest*